**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** May 1, 2025 |
| **USA v. Dominique Meade** | **Case Number:** 25-04166MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Parker Stanley for Ryan Joseph McCarthy
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:**
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE**
☒ Complaint Filed  **Date of Arrest: April 29, 2025**
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Luke Stephen Mulligan, Assistant Federal Public Defender, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant states true name to be DOMINIQUE DEVON MEADE.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is  ☒ Granted  ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Detention Hearing and Status Hearing regarding Preliminary Hearing** set for Tuesday, May 6, 2025, at 10:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                              **IA     6 min**
**Deputy Clerk** Christina Davison

                                                                        **Start:  2:23 pm**
                                                                        **Stop:   2:29 pm**